BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C.  20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Motion to Appear Pro Hac Vice Forthcoming

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-AGS<br><br>**NOTICE OF RELATED CASE** |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. CivLR 40.1.f, Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; Second Amendment Foundation; and San Diego County Gun Owners PAC hereby serve this Notice of Related Case to show that this action is related to another action within this District, namely *Miller v. Bonta*, Case No. 3:22-cv-1446-BEN-MDD, filed September 26, 2022 ("*Miller II*").

*Miller II* is related to this action under CivLR 40.1.g.1 and 3: Each of the Plaintiffs in this case is a plaintiff in *Miller II*, and the Plaintiffs raise an identical legal question to the one decided in *Miller II* (the constitutionality of California Code of Civil Procedure section 1021.11). In *Miller II*, this Court enjoined State officials from enforcing Section 1021.11. No. 3:22-cv-1446-BEN-MDD, --- F.Supp.3d ----, 2022 WL 17811114 (S.D. Cal. Dec. 19, 2022). The Defendants in this case are local jurisdictions that were not defendants in *Miller II*, and are therefore not directly bound by that injunction.

Just as in *Miller II*, the Plaintiffs in this case wish to challenge firearm regulations in the Defendants' jurisdictions, but they face the threat of a ruinous fee award under Section 1021.11 if they do not prevail on every claim in such challenges. Plaintiffs requested that Defendants stipulate to non-enforcement of the provisions of Section 1021.11 in light of the ruling *Miller II*, but they have refused to do so. Plaintiffs have now sought declaratory and injunctive relief a second time, to enjoin the statute's application by the defendant local jurisdictions. As such, the two cases are related under CivLR 40.1.g.1 because they "[i]nvolve some of the same parties and are based on the same or similar claims," and CivLR 40.1.g.3 because they "[i]nvolve substantially the same facts and the same questions of law."

1    And because the two cases raise an identical legal question, the assignment of

2  *Miller II* and this action to a single district judge will affect a saving of judicial effort

3  and other economies, and ensure that the cases reach consistent results.

4    Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report

5  the related cases to "the judges concerned at the earliest date practicable."

6

7   Dated:  March 2, 2023                    BENBROOK LAW GROUP, PC

8

9                                           By _____

10                                          BRADLEY A. BENBROOK
                                            Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28