1  Stephen Duvernay, 250957
   (916)447-4900
2  Benbrook Law Group PC
3  400 Capitol Mall, Suite 2530
   Sacramento, CA 95814
4  Representing: Plaintiff

5

6

7

8                United States District Court, Southern District of California

9                  Southern District of California - District - San Diego

10

11

12  Firearms Policy Coalition, Inc., et al.
                                                          Case No. 3:23-cv-00400-LL-AGS
13                                              )
                                                )         Proof of Service of:
14           Plaintiff/Petitioner               )
                                                )            Civil Case Cover Sheet, Complaint, Notice of
15                    vs.                        )            Related Case, Summons
                                                )
16  City of San Diego, et al.                   )
                                                )
17                                              )
             Defendant/Respondent               )
18  _____           )
                                                          Service on:
19                                                           City of San Jose

20

21

22

23

24

25

26

27

28

                                      PROOF OF SERVICE

OL#19939241

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814 | | (916)447-4900 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 |

| PLAINTIFF: |
|---|
| Firearms Policy Coalition, Inc., et al. |

| DEFENDANT: |
|---|
| City of San Diego, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Complaint, Notice of Related Case, Summons

2. Party Served:    City of San Jose

3. Person Served:    Person Authorized to Accept Service of Process

a. Left with:    Megan Roche - Deputy City Clerk - Person In Charge Of Office

4. Date & Time of Delivery:    03/03/2023      12:19PM

5. Address, City and State:    200 E Santa Clara St
San Jose, CA 95113

6. Manner of Service:    By leaving the copies with or in the presence of Megan Roche - Deputy City Clerk, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 166.75

| Registered California process server.<br>County:  Santa Clara<br>Registration No.:  ps1611<br>Joseph Hussey<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/06/2023 at Petaluma, California.<br><br>Signature: _____<br><br>Joseph Hussey<br>OL#: 19939241 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814 | | (916)447-4900 | | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 |

| PLAINTIFF: |
|---|
| Firearms Policy Coalition, Inc., et al. |

| DEFENDANT: |
|---|
| City of San Diego, et al. |

| | DATE: | | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | 3:23-cv-00400-LL-AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/06/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Complaint, Notice of Related Case, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of San Jose

200 E Santa Clara St

San Jose, CA 95113

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

Sandra Alcala
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/06/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL#:     19939241