1  Stephen M. Duvernay, 250957
   (916)447-4900
2  Benbrook Law Group PC
3  701 University Avenue, Suite 106
   Sacramento, CA 95825
4  Representing: Plaintiff                           File No.

United States District Court, Southern District of California

Southern District of California - District - San Diego

Firearms Policy Coalition, Inc., et al.
                                            )   Case No. 3:23-CV-00400-LL-AGS
            Plaintiff/Petitioner            )
                                            )   Proof of Service of:
                   vs.                      )      Summons; Complaint; Civil Cover Sheet; Notice of
                                            )      Related Case
City of San Diego, et al.                   )
                                            )
            Defendant/Respondent            )
                                            )
                                                Service on:
                                                   County of Alameda


                                                Hearing Date:
                                                Hearing Time:
                                                Div/Dept:


PROOF OF SERVICE

OL#19939216

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Stephen M. Duvernay, 250957 <br> Benbrook Law Group PC <br> 701 University Avenue, Suite 106 <br> Sacramento, CA 95825 <br> TELEPHONE NO.: (916)447-4900 <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court, Southern District of California <br> 333 West Broadway <br> San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al. <br> DEFENDANT/RESPONDENT: City of San Diego, et al. | CASE NUMBER: <br> 3:23-CV-00400-LL-AGS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Alameda

   b. Person Served: – Person Authorized to Accept Service of Process

4. Address where the party was served: 1221 Oak St, Suite 555 <br> Oakland, CA 94612

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023  at (time): 10:09AM  I left the documents listed in item 2 with or in the presence of: Robin Bailey – Clerk of the board – Person In Charge Of Office
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows: <br> d. on behalf of: <br> County of Alameda

   under:

7. **Person who served papers**
   a. Name: Timothy E. Ault
   b. Address: One Legal – P-000618-Sonoma <br> 1400 North McDowell Blvd, Ste 300 <br> Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 166.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 924
         (iii) County Alameda

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Timothy E. Ault <br> (NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939216

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>ATTORNEY FOR *(Name)*: Plaintiff | TELEPHONE NO.:<br>(916)447-4900<br><br>Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any:<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA 92101-8900 | | |
| PLAINTIFF:<br>Firearms Policy Coalition, Inc., et al. | | |
| DEFENDANT:<br>City of San Diego, et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER:<br>3:23-CV-00400-LL-AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Alameda

1221 Oak St, Suite 555

Oakland, CA 94612

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939216