1 | Stephen M. Duvernay, 250957
(916)447-4900
2 | Benbrook Law Group PC
3 | 701 University Avenue, Suite 106
Sacramento, CA 95825
4 | Representing: Plaintiff                          File No.

United States District Court, Southern District of California

Southern District of California - District - San Diego

Firearms Policy Coalition, Inc., et al.

           Plaintiff/Petitioner

           vs.

City of San Diego, et al.

           Defendant/Respondent

Case No. '23cv00400 LL AGS

Proof of Service of:
   Summons; Complaint; Civil Cover Sheet; Notice of Related Case

Service on:
   County of Santa Clara

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL#19939120

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>TELEPHONE NO.: (916)447-4900<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al.<br>DEFENDANT/RESPONDENT: City of San Diego, et al. | CASE NUMBER:<br>'23cv00400 LL AGS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Santa Clara

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 70 W Hedding St
   San Jose, CA 95110

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023   at (time): 11:00AM   I left the documents listed in item 2 with or in the presence of: Michelle Azevedo- Deputy Clerk of the Board - Person In Charge Of Office
   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Santa Clara

   under:

7. **Person who served papers**
   a. Name: Joseph Hussey
   b. Address: One Legal - P-000618-Sonoma
   1400 North McDowell Blvd, Ste 300
   Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 166.75
   e. I am:
   (3) registered California process server.
   (i) Employee or independent contractor.
   (ii) Registration No. ps1611
   (iii) County Santa Clara

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Joseph Hussey
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Stephen M. Duvernay, 250957  Benbrook Law Group PC  701 University Avenue, Suite 106  Sacramento, CA 95825  ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (916)447-4900  Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: Southern District of California - District - San Diego  333 West Broadway  San Diego, CA 92101-8900 | | |
| PLAINTIFF: Firearms Policy Coalition, Inc., et al. | | |
| DEFENDANT: City of San Diego, et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: '23cv00400 LL AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Santa Clara

70 W Hedding St

San Jose, CA 95110

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma  
1400 North McDowell Blvd, Ste 300  
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939120