```
Stephen M. Duvernay, 250957
(916)447-4900
Benbrook Law Group PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Representing: Plaintiff                           File No.
```

United States District Court, Southern District of California

Southern District of California - District - San Diego

| | |
|---|---|
| Firearms Policy Coalition, Inc., et al. | Case No. '23cv00400 LL AGS |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Summons; Complaint; Civil Cover Sheet; Notice of Related Case |
| City of San Diego, et al. | |
| Defendant/Respondent | Service on: |
| | County of Ventura |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL#19939085

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>TELEPHONE NO.: (916)447-4900<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al.<br>DEFENDANT/RESPONDENT: City of San Diego, et al. | CASE NUMBER:<br>'23cv00400 LL AGS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Ventura

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 800 S Victoria Ave
   Ventura, CA 93003

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023    at (time): 12:08PM    I left the documents listed in item 2 with or in the presence of: Brenden Vlahakis- Senior Deputy Clerk - Person In Charge Of Office

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Ventura

   under:

7. **Person who served papers**
   a. Name: Eileen M. Torres
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 166.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 667
         (iii) County Ventura

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Eileen M. Torres                                    E.T.
(NAME OF PERSON WHO SERVED PAPERS)                  (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939085

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>ATTORNEY FOR (Name): Plaintiff | (916)447-4900<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

Southern District of California - District - San Diego
333 West Broadway
San Diego, CA 92101-8900

**PLAINTIFF:**
Firearms Policy Coalition, Inc., et al.

**DEFENDANT:**
City of San Diego, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>'23cv00400 LL AGS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Ventura

800 S Victoria Ave

Ventura, CA 93003

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939085