1 Stephen Duvernay, 250957
(916)447-4900
2 Benbrook Law Group PC
400 Capitol Mall, Suite 2530
3 Sacramento, CA 95814
4 Representing: Plaintiff                     File No.

United States District Court, Southern District of California

Southern District of California - District - San Diego

Firearms Policy Coalition, Inc.; et al.

             Plaintiff/Petitioner

             vs.

City of San Diego; et al.

             Defendant/Respondent

Case No. 3:23-cv-00400-LL-AGS

Proof of Service of:
    Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case

Service on:
    County of Imperial

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL#19939197

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR (Name): Plaintiff | (916)447-4900<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

**PLAINTIFF:**
Firearms Policy Coalition, Inc.; et al.

**DEFENDANT:**
City of San Diego; et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case

2. Party Served: County of Imperial

3. Person Served: Person Authorized to Accept Service of Process

   a. Left with: Blanca Acosta, Clerk Of The Board Of Supervisors - Person Authorized to Accept

4. Date & Time of Delivery: 03/03/2023   2:07PM

5. Address, City and State: 940 Main St, Room 208
   El Centro, CA 92243

6. Manner of Service: By leaving the copies with or in the presence of Blanca Acosta, Clerk Of The Board Of Supervisors , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 166.75

Registered California process server.
County: Imperial
Registration No.: 20176-0000001
Irene B. Ramirez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/09/2023 at Petaluma, California.

Signature: *[signed]*

Irene B. Ramirez
OL#: 19939197

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR (Name): Plaintiff | (916)447-4900<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

**PLAINTIFF:** Firearms Policy Coalition, Inc.; et al.

**DEFENDANT:** City of San Diego; et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/10/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Imperial

940 Main St. Room 208
El Centro, CA 92243

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

Sandra Alcala
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/10/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL#:   19939197