| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| 2 | BRADLEY A. BENBROOK (SBN 177786)<br>STEPHEN M. DUVERNAY (SBN 250957) |
| 3 | 701 University Avenue, Suite 106<br>Sacramento, CA 95825 |
| 4 | Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com |
| 5 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>         Defendants. | Case No.: 3:23-cv-00400-LL-DDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

To all parties and their attorneys of record:

Please take notice that on May 2, 2023, or as soon thereafter as the matter may be heard, before the Honorable Linda Lopez, Courtroom 5D, United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; and San Diego County Gun Owners PAC will and hereby do move the Court for a preliminary injunction or, alternatively, for summary judgment.

Plaintiffs respectfully request a preliminary injunction enjoining enforcement or application of the fee-shifting penalty set forth in California Code of Civil Procedure § 1021.11 ("Section 1021.11") against Plaintiffs, Plaintiffs' members, and any attorney or law firm representing any Plaintiff in any litigation involving Defendants potentially subject to Section 1021.11's fee-shifting penalty. Section 1021.11 is unconstitutional as follows: (1) it violates the First Amendment to the Constitution; (2) it is preempted and its application is unconstitutional under the Supremacy Clause of the Constitution; (3) it violates the Equal Protection Clause of the Fourteenth Amendment to the Constitution; and (4) it violates the Due Process Clause of the Fourteenth Amendment to the Constitution.

Immediate relief is necessary because Plaintiffs are suffering a concrete and ongoing irreparable injury to their right of access to the courts, and the balance of equities and public interest favor preventing the violation of Plaintiffs' constitutional rights.

Alternatively, Plaitniffs hereby move for summary judgment. Summary judgment in Plaintiffs' favor is appropriate because there is no genuine issue as to any material fact and Section 1021.11 is unconstitutional as described above.

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support; the separate statement of undisputed facts that accompanies this motion; the declarations and evidence filed

concurrently herewith; the matters on file with this Court; and upon any further matters the Court deems appropriate.

Dated: March 28, 2023               BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
     BRADLEY A. BENBROOK
     Attorneys for Plaintiffs