1 BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
2 STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
3 Sacramento, CA 95825
Telephone: (916) 447-4900
4 brad@benbrooklawgroup.com

5 Attorneys for Plaintiffs

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-DDL<br><br>**DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez |

I, Michael Schwartz, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Executive Director of the San Diego County Gun Owners PAC ("SDCGO").

3. SDCGO is a political organization whose purpose is to protect and advance the Second Amendment rights of residents of San Diego County, California, including through efforts to support and elect local and state representatives who support the Second Amendment right to keep and bear arms. SDCGO's membership and donors consist of Second Amendment supporters, people who own guns for self-defense and sport, firearms dealers, shooting ranges, and elected officials who want to restore and protect the right to keep and bear arms in California.

4. Among other means of supporting its members, SDCGO pursues its mission through participating in public interest litigation and participation in legal cases that are consistent with its mission, namely, preserving and restoring San Diego citizens' gun rights. For example, SDCGO is a plaintiff in *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB, a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act; *Nguyen v. Becerra*, S.D. Cal. Case No. 3:20-cv-02470-WQH-WVG; and *Renna v. Becerra*, S.D. Cal. Case No. 3:20-cv-02190-DMS-DEB.

5. In addition, SDCGO is a plaintiff in *Fahr v. City of San Diego*, S.D. Cal. Case No. 3:21-cv-01676-BAS-BGS, which challenges a City ordinance banning the self-manufacture of firearms and precursor parts. As explained in the declaration of Raymond M. DiGuiseppe, counsel for SDCGO asked the City of San Diego to stipulate to non-enforcement of the provisions of Section 1021.11 in *Fahr* in light of *Miller*, but the city refused to do so.

6. In Imperial County, SDCGO would be a plaintiff in a lawsuit challenging the constitutionality of a county ordinance prohibiting the possession of firearms in

any recreational park within the county's jurisdiction (Imperial County Code of Ordinances § 11.08.020). SDCGO has members who reside in Imperial County, which neighbors San Diego County, and who are affected by this ordinance, which is inconsistent with the "Nation's historical tradition of firearm regulation." *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S.Ct. 2111, 2126 (2022).

7. But for the risk of fee liability imposed by California Code of Civil Procedure section 1021.11, SDCGO would participate as a plaintiff in additional lawsuits challenging California gun-control laws that it believes are unconstitutional, including a constitutional challenge to an Imperial County ordinance prohibiting the possession of firearms in any recreational park within the county's jurisdiction (Imperial County Code of Ordinances § 11.08.020).

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

_____
0CCF5580594D452...

Michael Schwartz