BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.:  3:23-cv-00400-LL-DDL<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez |

Plaintiffs submit this Separate Statement of Undisputed Material Facts in support of their Motion for Summary Judgment:

| Undisputed Fact | Supporting Citations |
|---|---|
| 1. Plaintiffs asked Defendants to stipulate that they would not enforce California Code of Civil Procedure § 10211.11 ("Section 1021.11"), either in a current case or a case that Plaintiffs intend to file challenging Defendants' firearm regulations. | DiGuiseppe Decl., ¶¶ 2–3 & Ex. 1. Combs Decl., ¶¶ 7–14. Hoffman Decl., ¶¶ 5–11. Benbrook Decl., ¶¶ 3–8 & Exs. 3, 5, 6, 8, 10. Lee Decl., ¶¶ 2–3 & Ex. 3. |
| 2. Defendants have not agreed to non-enforcement of Section 1021.11 against Plaintiffs or their attorneys and law firms in litigation challenging Defendants' firearm regulations. | DiGuiseppe Decl., ¶ 4. Benbrook Decl., ¶¶ 3–9 & Exs. 7, 9. Lee Decl., ¶ 3 & Ex. 4. |
| 3. Plaintiffs would engage in litigation challenging Defendants' firearm regulations but they have refrained from bringing those lawsuits because of Section 1021.11's fee-shifting penalty. | Combs Decl., ¶¶ 5–16. Hoffman Decl., ¶¶ 3–12. Schwartz Decl., ¶¶ 4–7. DiGuiseppe Decl., ¶¶ 2, 5–6. Lee Decl., ¶ 4. |

1 | Dated: March 28, 2023  BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
  BRADLEY A. BENBROOK
  Attorneys for Plaintiffs