BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-DDL<br><br>**DECLARATION OF STEPHEN M. DUVERNAY REGARDING NOTICE AND SERVICE OF PLAINTIFFS' RESPONSE TO OSC (ECF No. 19) AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT (ECF Nos. 20–20-9)**<br><br>Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez |

I, Stephen M. Duvernay, declare:

1. I am an attorney, licensed to practice law in the State of California, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. Shortly before noon on March 28, 2023, Plaintiffs filed their response to the Court's March 14 Order to Show Cause (ECF No. 19) and a Motion for Preliminary Injunction or, Alternatively, Summary Judgment (ECF Nos. 20–20-9).

3. At 12:06 p.m. that same day, I e-mailed Defendants' counsel copies of (1) Plaintiffs' Order to Show Cause response (ECF No. 19); and (2) Plaintiffs' motion for preliminary injunction or, alternatively, summary judgment and all supporting papers (ECF Nos. 20–20-9). I also included a courtesy copy of the Court's Order to Show Cause (ECF No. 18), although counsel for Defendants had previously confirmed that they had received the order. The e-mail was sent to the addresses that counsel for each Defendant has used to communicate with my office about this case. A true and correct copy of that e-mail is attached as <u>Exhibit 1</u>.

4. In that e-mail, I requested that Defendants confirm whether they consent to electronic service of the materials by 8:00 a.m. on Thursday March 30.

5. Counsel for Defendant County of Santa Clara has consented to electronic service. Counsel for no other Defendant responded to my request.

6. Shortly before 9:00 a.m. on March 30, I arranged for physical service of the documents, which is scheduled to be complete within one business day (i.e., no later than Friday March 31). I will submit a further declation confirming service on each Defendant once I receied executed proofs from our process server.

//

1  |  I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

s/ Stephen M. Duvernay

_____
Stephen M. Duvernay

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | Firearms Policy Coalition, Inc. v. City of San Diego (3:23-cv-400); OSC response and Plaintiffs' motion for preliminary injunction/summary judgment |
| **Date:** | Tuesday, March 28, 2023 at 12:06:33 PM Pacific Daylight Time |
| **From:** | Steve Duvernay |
| **To:** | Renshaw, Christine, Espiritu, Anna, Thomas Hurrell, Lana Choi, Chad Thurston, Knight, Nana, Dickey, Scott, County Counsel, zinn@smwlaw.com, Cc: Eric Havens, Dick Semerdjian, John Schena, mzollman@sandiego.gov, Natalie U. Luongo, Harris, Aryn |
| **CC:** | Bradley Benbrook, Pete Patterson |
| **Attachments:** | 2023-03-14 OSC re Jurisdiction and Venue.pdf, 2023-03-28 OSC Response (FILED).pdf, 2023-03-27 Combs Decl ISO MSJ (FILED).pdf, 2023-03-27 Compendium of Evidence Local SB 1327 MSJ (FILED).pdf, 2023-03-27 DiGuiseppe Decl ISO MSJ (FILED).pdf, 2023-03-27 Hoffman Decl ISO MSJ (FILED).pdf, 2023-03-27 Lee Decl ISO MSJ (FILED).pdf, 2023-03-27 Schwartz Decl ISO MSJ (FILED).pdf, 2023-03-27 Separate Statement Local SB 1327 MSJ (FILED).pdf, 2023-03-28 Benbrook Decl ISO MSJ (FILED).pdf, 2023-03-28 Local SB 1327 MSJ Br (FILED).pdf, 2023-03-28 Notice Local SB 1327 MSJ (FILED).pdf |

Counsel,

Attached are copies of (1) Plaintiffs' response to the Court's March 14 Order to Show Cause; and (2) Plaintiffs' motion for preliminary injunction or, alternatively, summary judgment and supporting papers. I've also included a courtesy of the Court's Order to Show Cause, which sets an April 11 deadline for Defendants to file an optional response.

Please confirm by reply e-mail whether your client consents to e-mail service of these materials. If we do not hear back from you by 8:00 a.m. Thursday we will arrange for personal service.

Sincerely,

**Stephen Duvernay**
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA  95825
(916) 447-4900
steve@benbrooklawgroup.com