1 | BENBROOK LAW GROUP, PC
2 | BRADLEY A. BENBROOK (SBN 177786)
    STEPHEN M. DUVERNAY (SBN 250957)
3 | 701 University Avenue, Suite 106
    Sacramento, CA  95825
4 | Telephone: (916) 447-4900
    brad@benbrooklawgroup.com

5 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>　　　　Defendants. | Case No.:  3:23-cv-00400-LL-DDL<br><br>**SECOND DECLARATION OF STEPHEN M. DUVERNAY REGARDING NOTICE AND SERVICE OF PLAINTIFFS' RESPONSE TO OSC (ECF No. 19) AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT (ECF Nos. 20–20-9)**<br><br>Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez |

I, Stephen M. Duvernay, declare:

1. I am an attorney, licensed to practice law in the State of California, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. This supplements my previous declaration regarding service of Plaintiffs' response to the Court's March 14 Order to Show Cause (ECF No. 19) and the Motion for Preliminary Injunction or, Alternatively, Summary Judgment and supporting materials (ECF Nos. 20–20-9). ECF No. 21. As stated in my prior declaration, all defendants were served with these materials by email on March 28. However, only the County of Santa Clara consented to electronic service, thus forcing Plaintiffs to incur the expense of personal service.

3. Attached as Exhibit 1 is a true and correct copy of an executed affidavit showing personal service on Defendant City of San Diego was completed on March 30, 2023.

4. Attached as Exhibit 2 is a true and correct copy of an executed affidavit showing personal service on Defendant County of Imperial was completed on April 5, 2023.

5. Attached as Exhibit 3 is a true and correct copy of an executed affidavit showing personal service on Defendant County of Alameda was completed on March 30, 2023.

6. Attached as Exhibit 4 is a true and correct copy of an executed affidavit showing personal service on Defendant County of Ventura was completed on March 30, 2023.

7. Attached as Exhibit 5 is a true and correct copy of an executed affidavit showing personal service on Defendant County of Los Angeles was completed on March 30, 2023.

8. Attached as <u>Exhibit 6</u> is a true and correct copy of an executed affidavit showing personal service on Defendant City of San Jose was completed on March 30, 2023.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

s/ Stephen M. Duvernay

_____

Stephen M. Duvernay

# EXHIBIT 1

Benbrook Law Group PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:
United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

**PROOF OF SERVICE**

DATE:
TIME:
DEPT/DIV:
CASE NUMBER: 3:23-cv-00400-LL-DDL

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: City of San Diego

3. Person Served: Lynn Altario, city clerk - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 03/30/2023   2:05PM

5. Address, City and State: 202 C St
San Diego, CA 92101

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 195

Registered California process server.
County: San Diego
Registration No.: P121764
Samara Wright
One Legal - P-000618-Sonoma

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/01/2023 at Petaluma, California.

# EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814 | (916) 447-4899 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:

Firearms Policy Coalition, Inc., et al.

DEFENDANT:

City of San Diego, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: County of Imperial

3. Person Served: Party in item 2.

a. Left with: Graceland Alvarez - Assistant To CEO - Person In Charge Of Office

4. Date & Time of Delivery: 04/05/2023   11:40AM

5. Address, City and State: 940 Main St, Room 208
El Centro, CA 92243

6. Manner of Service: By leaving the copies with or in the presence of Graceland Alvarez - Assistant To CEO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 202.50

Registered California process server.
County: Imperial
Registration No.: 20176-0000001
Irene B. Ramirez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/05/2023 at Petaluma, California.

Signature: 

Irene B. Ramirez

OL#: 20116576

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814 | (916) 447-4899 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:

Firearms Policy Coalition, Inc., et al.

DEFENDANT:

City of San Diego, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 04/05/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Imperial

940 Main St, Room 208
El Centro, CA 92243

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 202.50

Alyssa Gonzales-Hayes
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/05/2023 at Petaluma, California.



Alyssa Gonzales-Hayes

OL#:    20116576

# EXHIBIT 3

Benbrook Law Group PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:
United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

| PROOF OF SERVICE | DATE: 03/29/2023 | TIME: 8:30AM | DEPT/DIV: | CASE NUMBER: 3:23-cv-00400 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: County of Alameda

3. Person Served: Person Authorized to Accept Service of Process

a. Left with: Slim Lee, Administrative Associate - Person Authorized to Accept

4. Date & Time of Delivery: 03/30/2023   1:07PM

5. Address, City and State: 1221 Oak St. Suite 555
Oakland, CA 94612

6. Manner of Service: By leaving the copies with or in the presence of Slim Lee, Administrative Associate , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 202.50

Registered California process server.
County: Alameda
Registration No.: 1564
Daniel Gonzalez-Velasco
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste. 300

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/31/2023 at Petaluma, California.



| | |
|---|---|
| Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR (Name): Plaintiff | (916) 447-4899<br><br>Ref. No. or File No. |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 | |
| PLAINTIFF:<br>Firearms Policy Coalition, Inc., et al. | |
| DEFENDANT:<br>City of San Diego, et al. | |

| PROOF OF SERVICE BY MAIL | DATE:<br>03/29/2023 | TIME:<br>8:30AM | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/31/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

> Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

> County of Alameda
>
> 1221 Oak St, Suite 555
> Oakland, CA 94612

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 202.50

| | |
|---|---|
| Sandra Alcala<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/31/2023 at Petaluma, California.<br><br>*Sandra Alcala* |

# EXHIBIT 4

```
1   Stephen Duvernay, 250957
    (916) 447-4899
2   Benbrook Law Group PC
    400 Capitol Mall, Suite 2530
3   Sacramento, CA 95814
4   Representing: Plaintiff                                 File No.
5
6
7
8                    United States District Court, Southern District of California
9                    Southern District of California - District - San Diego
10
11
12  Firearms Policy Coalition, Inc., et al.
                                              )      Case No. 3:23-cv-00400
13                                            )
                                              )      Proof of Service of:
14          Plaintiff/Petitioner              )
                                              )      Response to Order to Show Cause, Notice of Motion,
15              vs.                           )      Memorandum of Points and Authorities, Exhibits, Separate
                                              )      Statement, Declaration of Gene Hoffman, Declaration of
16  City of San Diego, et al.                 )      George Lee, Declaration of Michael Schwartz, Declaration
                                              )      of Bradley Benbrook, Declaration of Brandon Combs,
17                                            )      Declaration of Raymond DiGuiseppe, Compendium Of
            Defendant/Respondent              )      Evidence
18  _____ )
                                                      Service on:
19                                                      County of Ventura
20
21
22                                                      Hearing Date:
                                                        Hearing Time:
23
                                                        Div/Dept:
24
25
26
27
28

                                        PROOF OF SERVICE
```

Benbrook Law Group PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 3:23-cv-00400 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: County of Ventura

3. Person Served: Person Authorized to Accept Service of Process

   a. Left with: Lauri Key, Deputy Clerk - Person In Charge Of Office

4. Date & Time of Delivery: 03/30/2023   11:53AM

5. Address, City and State: 880 S Victoria Ave
   Ventura, CA 93009

6. Manner of Service:

Fee for Service: $ 202.50

Registered California process server.
County: Ventura
Registration No.: 667
Eileen M. Torres
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/31/2023 at Petaluma, California.

EMT

| | |
|---|---|
| Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR (Name): Plaintiff | (916) 447-4899<br><br>Ref. No. or File No. |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/31/2023, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

> Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

> County of Ventura
>
> 880 S Victoria Ave
> Ventura, CA 93009

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 202.50

| | |
|---|---|
| Sandra Alcala<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/31/2023 at Petaluma, California.<br><br>*Sandra Alcala* |

# EXHIBIT 5

Benbrook Law Group PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

**PROOF OF SERVICE**

DATE:
TIME:
DEPT/DIV:
CASE NUMBER: 3:23-cv-00400

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: County of Los Angeles

3. Person Served: Bruce Crouchet-Deputy Clerk - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 03/30/2023    2:23PM

5. Address, City and State: 500 W Temple St, Room 358
Los Angeles, CA 90012

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 155

Registered California process server.
County: Los Angeles
Registration No.: 2022270694
Joshua May
One Legal - P-000618-Sonoma

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/03/2023 at Petaluma, California.

# EXHIBIT 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814 | (916) 447-4899 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 3:23-cv-00400-LL-DDL |
|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Response to Order to Show Cause, Notice of Motion, Memorandum of Points and Authorities, Exhibits, Separate Statement, Declaration of Gene Hoffman, Declaration of George Lee, Declaration of Michael Schwartz, Declaration of Bradley Benbrook, Declaration of Brandon Combs, Declaration of Raymond DiGuiseppe, Compendium Of Evidence

2. Party Served: City of San Jose

3. Person Served: Deputy City Clerk-Michelle Leung - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 03/30/2023   11:35AM

5. Address, City and State: 200 E Santa Clara St
San Jose, CA 95113

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 155

Registered California process server.
County: San Jose
Registration No.: PS1815
Anna Raquel Kelley
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/03/2023 at Petaluma, California.

Signature: *ARKy*

Anna Raquel Kelley

OL# 20116574