BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.:  3:23-cv-00400-LL-DDL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

Please take notice that John W. Dillon hereby enters his appearance as additional counsel of record for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; and San Diego County Gun Owners PAC.

John W. Dillon
Dillon Law Group APC
2647 Gateway Rd, Ste 105 No. 255
Carlsbad, CA  92009-1757
jdillon@dillonlawgp.com

Dated:  April 6, 2023              BENBROOK LAW GROUP, PC

                                   By  s/ Bradley A. Benbrook
                                      BRADLEY A. BENBROOK
                                      Attorneys for Plaintiffs