BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>　　　　　Defendants. | Case No.:  3:23-cv-00400-LL-DDL<br><br>**NOTICE OF WITHDRAWAL AND CORRECTION OF DOCUMENTS** |

    Please take notice that ECF No. 22 (Second Declaration Of Stephen M. Duvernay Regarding Notice And Service Of Plaintiffs' Response To OSC (ECF No. 19) And Plaintiffs' Motion For Preliminary Injunction Or, Alternatively, For Summary Judgment (ECF Nos. 20–20-9)) was filed through the incorrect CM/ECF account.

    Plaintiffs hereby withdraw the document and will re-file it through the correct account.

Dated:  April 7, 2023                        BENBROOK LAW GROUP, PC

                                              By   s/ Stephen M. Duvernay
                                                  STEPHEN M. DUVERNAY
                                                  Attorneys for Plaintiffs