TIFFANY N. NORTH, State Bar No. 228068
County Counsel, County of Ventura
CHRISTINE RENSHAW, State Bar No. 249648
Assistant County Counsel
christine.renshaw@ventura.org
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone:  (805) 654-2588
Facsimile:   (805) 654-2185

Attorneys for Defendant County of Ventura

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No. 3:23-cv-00400-LL-AGS<br><br>COUNTY OF VENTURA'S NOTICE OF JOINDER AND JOINDER IN RESPONSE TO ORDER TO SHOW CAUSE FILED BY DEFENDANT COUNTY OF IMPERIAL<br><br>By invitation of the Court (ECF No. 18)<br><br>Judge: Hon. Linda Lopez |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

/ / /

1

COUNTY OF VENTURA'S NOTICE OF JOINDER & JOINDER IN RESPONSE TO ORDER TO SHOW CAUSE FILED BY DEFENDANT COUNTY OF IMPERIAL

PLEASE TAKE NOTICE THAT defendant County of Ventura ("Ventura") hereby joins in and adopts defendant County of Imperial's ("Imperial") response to order to show cause, filed on April 11, 2023 ("Response") (Dkt. No. 30.).

In order to conserve the Court's valuable resources and to avoid burdening the Court with repetitive briefing, Ventura hereby incorporates by reference the Response and the memorandum of points and authorities set forth therein, and any other documentation incorporated into the Response by reference. This joinder is made on the grounds that the standing and ripeness arguments supporting dismissal in the Response filed by Imperial apply equally to Ventura.

TIFFANY N. NORTH
County Counsel, County of Ventura

Dated: April 11, 2023     By     /s/
                                 CHRISTINE RENSHAW
                                 Assistant County Counsel

Attorneys for Defendant County of Ventura

2

COUNTY OF VENTURA'S NOTICE OF JOINDER & JOINDER IN RESPONSE TO ORDER TO SHOW CAUSE FILED BY DEFENDANT COUNTY OF IMPERIAL