Dick A. Semerdjian (SBN 123630)
John A. Schena (SBN 269597)
Chad M. Thurston (SBN 339151)
**SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email:       das@sscelaw.com
             john@sscelaw.com
             chad@sscelaw.com

Attorneys for Defendant
COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No. 3:23-cv-00400-LL-AGS<br><br>**DEFENDANT COUNTY OF IMPERIAL'S NOTICE OF JOINDER TO DEFENDANT COUNTY OF ALAMEDA'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:       Hon. Linda Lopez<br>Magistrate:  Hon. Allison H. Goddard<br><br>Complaint Filed: March 2, 2023 |

County of Imperial hereby joins the Response of Defendant County of Alameda to Order to Show Cause. Specifically, County of Imperial joins in the position that the requirements of permissive joinder of Defendants in this matter has not been satisfied. *Rush v. Sport Chalet, Inc.*, 779 F.3d 973, 974 (9th Cir. 2015)

Dated: April 11, 2023

**SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP**

By: */s/ John A. Schena*
Dick A. Semerdjian
John A. Schena
Chad M. Thurston
Attorneys for Defendant
COUNTY OF IMPERIAL