1   TIFFANY N. NORTH, State Bar No. 228068
    County Counsel, County of Ventura
2   CHRISTINE RENSHAW, State Bar No. 249648
    Assistant County Counsel
3   christine.renshaw@ventura.org
    800 South Victoria Avenue, L/C #1830
4   Ventura, California 93009
    Telephone:   (805) 654-2588
5   Facsimile:   (805) 654-2185

6   Attorneys for Defendant County of Ventura

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11
    FIREARMS POLICY COALITION,      )  Case No. 3:23-cv-00400-LL-AGS
12  INC.; CALIFORNIA GUN RIGHTS     )
    FOUNDATION; SAN DIEGO           )  COUNTY OF VENTURA'S NOTICE
13  COUNTY GUN OWNERS PAC,          )  OF JOINDER AND JOINDER IN
                                    )  RESPONSE TO ORDER TO SHOW
14                                  )  CAUSE FILED BY DEFENDANT
                                    )  COUNTY OF ALAMEDA
15               Plaintiffs,        )
                                    )
16      v.                          )  By invitation of the Court (ECF
                                    )  No. 18)
17                                  )
                                    )
18  CITY OF SAN DIEGO; COUNTY       )
    OF IMPERIAL; COUNTY OF          )
19  ALAMEDA; COUNTY OF              )  Judge: Hon. Linda Lopez
    VENTURA; COUNTY OF LOS          )
20  ANGELES; CITY OF SAN JOSE;      )
    and COUNTY OF SANTA CLARA,      )
21                                  )
                                    )
22               Defendants.        )
                                    )
23  _____)

24

25      TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL

26  OF RECORD:

27  / / /

28
                                    1
    _____
    COUNTY OF VENTURA'S NOTICE OF JOINDER & JOINDER IN RESPONSE
      TO ORDER TO SHOW CAUSE FILED BY DEFENDANT COUNTY OF
                           ALAMEDA

1   PLEASE TAKE NOTICE THAT defendant County of Ventura ("Ventura")

2   hereby joins in and adopts defendant County of Alameda's ("Alameda") response

3   to order to show cause, filed on April 11, 2023 ("Response") (Dkt. No. 33).

4   In order to conserve the Court's valuable resources and to avoid burdening

5   the Court with repetitive briefing, Ventura hereby incorporates by reference the

6   Response and the memorandum of points and authorities set forth therein, and any

7   other documentation incorporated into the Response by reference.  This joinder is

8   made on the grounds that the standing, misjoinder and venue arguments supporting

9   dismissal in the Response filed by Alameda apply equally to non-resident Ventura.

10

11   TIFFANY N. NORTH
     County Counsel, County of Ventura

12

13   Dated: <u>April 11, 2023</u>          By <u>  /s/ Christine Renshaw          </u>

14                                      CHRISTINE RENSHAW
                                        Assistant County Counsel

15   Attorneys for Defendant County of Ventura

16

17

18

19

20

21

22

23

24

25

26

27

28

2

COUNTY OF VENTURA'S NOTICE OF JOINDER & JOINDER IN RESPONSE
TO ORDER TO SHOW CAUSE FILED BY DEFENDANT COUNTY OF
ALAMEDA