1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Natalie U. Luongo, State Bar No. 285288
   E-Mail: nluongo@hurrellcantrall.com
3  HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
4  Los Angeles, California 90017
   Telephone: (213) 426-2000
5  Facsimile: (213) 426-2020

6  Attorneys for Defendant, COUNTY OF LOS ANGELES

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 FIREARMS POLICY COALITION,            Case No. 3:23-cv-00400-LL-DDL
   INC.; CALIFORNIA GUN RIGHTS
12 FOUNDATION; SAN DIEGO
   COUNTY GUN OWNERS PAC,
13                                        **DEFENDANT COUNTY OF LOS
                Plaintiffs,               ANGELES' NOTICE OF JOINDER
14                                        AND JOINDER IN THE RESPONSE
        v.                                OF DEFENDANT COUNTY OF
15                                        IMPERIAL TO ORDER TO SHOW
   CITY OF SAN DIEGO; COUNTY OF           CAUSE**
16 IMPERIAL; COUNTY OF
   ALAMEDA; COUNTY OF
17 VENTURA; COUNTY OF LOS                 Pursuant to the Court's Invitation (Dkt.
   ANGELES; CITY OF SAN JOSE; and         No. 18)
18 COUNTY OF SANTA CLARA,
                                          [Assigned to Hon. Linda Lopez,
19              Defendants.               Courtroom 5D]

20

21      TO THE HONORABLE COURT, ALL PARTIES AND THEIR

22 ATTORNEYS OF RECORD:

23      Please take notice that the Defendant County of Los Angeles hereby joins and

24 adopts the Response of Defendant County of Imperial to the Court's Order to Show

25 Cause filed on April 11, 2023, (Dkt. No. 30), (the "Response").

26      To avoid duplicative briefing and conserve judicial resources, Defendant

27 County of Los Angeles hereby incorporates by reference the County of Imperial's

28 Response and Memorandum of Points and Authorities set forth therein, and any

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  documentation incorporated into the Response by reference. The County of Los

2  Angeles submits this Joinder because the standing and ripeness arguments advanced

3  in the County of Imperial's Response that Plaintiffs lack Article III standing and their

4  claims are not ripe for resolution, also apply to the County of Los Angeles for the

5  same reasons as set forth therein.

6  DATED:  April 11, 2023          HURRELL CANTRALL LLP

7

8                                              By:  ___/s/ Natalie U. Luongo_____
                                                    THOMAS C. HURRELL

9                                                   NATALIE U. LUONGO
                                                    Attorneys for Defendant,

10                                                  COUNTY OF LOS ANGELES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

2

Case No. 3:23-cv-00400-LL-DDL