Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Natalie U. Luongo, State Bar No. 285288
E-Mail: nluongo@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No. 3:23-cv-00400-LL-DDL<br><br>**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF JOINDER AND JOINDER IN THE RESPONSE OF DEFENDANT COUNTY OF ALAMEDA TO ORDER TO SHOW CAUSE**<br><br>By Invitation of Court (Dkt. No. 18)<br><br>[Assigned to Hon. Linda Lopez, Courtroom 5D] |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Defendant County of Los Angeles hereby joins and adopts the Response of Defendant County of Alameda to the Court's Order to Show Cause filed on April 11, 2023, (Dkt. No. 33), (the "Alameda Response").

To avoid duplicative briefing and conserve judicial resources, Defendant County of Los Angeles hereby incorporates by reference the County of Alameda's Response and Memorandum of Points and Authorities set forth therein, and any

1 documentation incorporated into the Response by reference. The County of Los
2 Angeles submits this Joinder because the arguments advanced in the County of
3 Alameda, that the Plaintiffs lack standing, that the Defendants have been misjoined,
4 and that venue is improper in the Southern District of California, also apply to the
5 County of Los Angeles for the same reasons as set forth therein.

DATED: April 11, 2023       HURRELL CANTRALL LLP

By: */s/ Natalie U. Luongo*
THOMAS C. HURRELL
NATALIE U. LUONGO
Attorneys for Defendant,
COUNTY OF LOS ANGELES