AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br>*Plaintiff*<br>v.<br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br>*Defendant* | Case No. 3:23-cv-00400-LL-AGS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant County of Imperial

Date: April 11, 2023

*/s/ Chad M. Thurston*
*Attorney's signature*

Chad M. Thurston SBN 339151
*Printed name and bar number*

SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP
101 West Broadway, Suite 810
San Diego, California 92101
*Address*

chad@sscelaw.com
*E-mail address*

619.236.8821
*Telephone number*

619.236.8827
*FAX number*

