MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney
California State Bar No. 288966
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES, CITY OF SAN JOSE; and COUNTY OF SANTA CLARA, <br><br> Defendants. | Case No. 23cv0400-LL-DDL <br><br> **DEFENDANT CITY OF SAN DIEGO'S NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANTS' RESPONSES TO ORDER TO SHOW CAUSE** <br><br> By invitation of the Court (ECF No. 18) <br><br> Judge:    Hon. Linda Lopez <br> Court Room:    5D |
|---|---|

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that in accordance with Civil Local Rule 7.1(j), Defendant, CITY OF SAN DIEGO, hereby joins in:

    1.    "Response of Defendant County of Imperial to Order to Show Cause [ECF No. 18]" (ECF No. 30), on the grounds that Plaintiffs lack standing to bring a

/ / / /

1

1 | pre-enforcement action and the action should be dismissed in its entirety. These arguments apply equally to the City of San Diego.

2. "Response of Defendant County of Alameda to Order to Show Cause" (ECF 33), on the grounds that Plaintiffs lack standing and the Court should dismiss the action in its entirety for lack of Article III jurisdiction. These arguments apply equally to the City of San Diego.

Dated: April 11, 2023

MARA W. ELLIOTT, City Attorney

By /s/ Matt Zollman

Matthew L. Zollman
Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO