# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES, CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>　　　　　Defendants. | Case No. 23cv0400-LL-AGS<br><br>**DECLARATION OF SERVICE** |

　　　I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANTS' RESPONSES TO ORDER TO SHOW CAUSE**

　I caused said documents listed above to be served electronically by CM/ECF to the following individuals:

| | |
|---|---|
| Bradley A. Benbrook, Esq.<br>Stephen M. Duvernay, Esq.<br>**BENBROOK LAW GROUP, PC**<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>Tel: (916) 447-4900<br>brad@benbrookfawgroup.com<br><br>*Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC* | David H. Thompson, Esq.<br>Peter A. Patterson, Esq.<br>Joseph 0. Masterman, Esq.<br>**COOPER & KIRK, PLLC**<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>dthompson@cooperkirk.com<br><br>*Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC* |

Executed on April 11, 2023, at San Diego, California.

*/s/ Maria Cook*
MARIA COOK