JAMES R. WILLIAMS, County Counsel (S.B. #271253)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREAMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; AND COUNTY OF SANTA CLARA,<br><br>Defendants. | No. 23CV0400 LL DDL<br><br>**NOTICE OF APPEARANCE BY ARYN PAIGE HARRIS** |

I, Aryn Paige Harris, hereby respectfully request that I be recognized by the court as counsel of record for Defendant COUNTY OF SANTA CLARA, and receive electronic filing notifications in the above-captioned case.

Dated:  April 12, 2023                                   Respectfully submitted,

                                                                          JAMES R. WILLIAMS
                                                                          COUNTY COUNSEL

                                                                  By: */s/ Aryn Paige Harris*
                                                                          ARYN PAIGE HARRIS
                                                                          Deputy County Counsel

                                                                          Attorneys for Defendant
                                                                          COUNTY OF SANTA CLARA

2812016

1