AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FIREARMS POLICY COALITION, INC, ET. AL. )
*Plaintiff* )
v. ) Case No. 3:23-CV-00400-LL-AGS
CITY OF SAN DIEGO, ET. AL. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant County of Ventura.

Date: 04/11/2023

/s/ Christine Renshaw
*Attorney's signature*

Christine Renshaw SBN 249648
*Printed name and bar number*
Office of County Counsel
County of Ventura
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
*Address*

christine.renshaw@ventura.org
*E-mail address*

(805) 654-2588
*Telephone number*

(805) 654-2185
*FAX number*