JAMES R. WILLIAMS, County Counsel (S.B. #271253)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Email:  aryn.harris@cco.sccgov.org

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREAMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; AND COUNTY OF SANTA CLARA,<br><br>Defendants. | No. 23CV0400 LL DDL<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S NOTICE OF JOINDER TO DEFENDANTS COUNTY OF IMPERIAL AND COUNTY OF ALAMEDA'S RESPONSES TO ORDER TO SHOW CAUSE** |

1

County of Santa Clara's Notice of Joinder to County of Imperial and
County of Alameda's Responses to Order to Show Cause

23CV0400 LL DDL

1  Defendant County of Santa Clara hereby joins Defendant County of Imperial and County of
2  Alameda in their responses to Order to Show filed on April 11, 2023 (ECF Nos. 30 and 32).
3  To conserve the Court's valuable resources and to avoid burdening the Court with repetitive
4  briefing, the County of Santa Clara hereby incorporates by reference the responses and the
5  memorandum of points and authorities set forth therein, and any other documentation incorporated
6  into the response by reference.  This joinder is made on the grounds that the standing and ripeness
7  arguments supporting dismissal in the response filed by the County of Alameda (ECF No. 30) and
8  the joinder and venue arguments supporting the response filed by the County of Alameda (ECF No.
9  32) apply equally to the County of Santa Clara.

10  Dated:  April 13, 2023           Respectfully submitted,

11                                    JAMES R. WILLIAMS
                                      County Counsel
12

13                              By:  */s/ Aryn Paige Harris*
                                     ARYN PAIGE HARRIS
14                                   Deputy County Counsel

15                                   Attorneys for Defendant
                                     COUNTY OF SANTA CLARA
16  2811335

2

County of Santa Clara's Notice of Joinder to County of Imperial and                23CV0400 LL DDL
County of Alameda's Responses to Order to Show Cause