| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| 2 | BRADLEY A. BENBROOK (SBN 177786) |
|   | STEPHEN M. DUVERNAY (SBN 250957) |
| 3 | 701 University Avenue, Suite 106 |
|   | Sacramento, CA  95825 |
| 4 | Telephone: (916) 447-4900 |
|   | brad@benbrooklawgroup.com |
| 5 | |
|   | JOHN W. DILLON |
| 6 | DILLON LAW GROUP APC |
|   | 2647 Gateway Rd, Ste 105 No. 255 |
| 7 | Carlsbad, CA  92009-1757 |
|   | jdillon@dillonlawgp.com |
| 8 | |
|   | COOPER & KIRK, PLLC |
| 9 | DAVID H. THOMPSON* |
|   | PETER A. PATTERSON* |
| 10 | JOSEPH O. MASTERMAN* |
|    | 1523 New Hampshire Avenue, NW |
| 11 | Washington, D.C.  20036 |
|    | Telephone: (202) 220-9600 |
| 12 | dthompson@cooperkirk.com |
| 13 | *Admitted pro hac vice |
| 14 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC, | Case No.: 3:23-cv-00400-LL-DDL |
| Plaintiffs, | **JOINT MOTION TO RESCHEDULE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT AND EXTEND THE DEADLINE FOR PLAINTIFFS' REPLY TO ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA, | |
| Defendants. | Date: May 2, 2023<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez |

The parties jointly move that the Court reschedule Plaintiffs' Motion for Preliminary Injunction or, Alternatively, Summary Judgment to May 30, 2023, with the parties' briefing schedule based on that date. In support of this joint motion the parties note as follows:

On March 14, 2023, the Court issued an Order to Show Cause, which (1) directs Plaintiffs to respond by March 28; (2) permits Defendants to file a response by April 11; and (3) permits Plaintiffs to file a reply by April 18.

On March 28, Plaintiffs filed their response to the Order to Show Cause (ECF No. 19) and a motion for preliminary injunction or, alternatively, summary judgment and all supporting papers (ECF Nos. 20–20-9). Pursuant to the Court's Civil Chambers Rules, Plaintiffs set the hearing date for May 2 (thirty-five days from the filing date).

On April 11, Defendants filed multiple responses to Plaintiffs' response to the Order to Show Cause (ECF Nos. 30–40). Plaintiffs request a one-week extension of the deadline to file their reply brief, and Defendants have consented to that request. Accordingly, the parties jointly request that the Court reset Plaintiffs' deadline to reply to Defendants' responses to **April 25, 2023**.

Because the Order to Show Cause remains unresolved, the parties further jointly agree and request that the Court reset the hearing date on Plaintiffs' motion for preliminary injunction or, alternatively, summary judgment for May 30, 2023, with the parties' briefing schedule based on that date. Accordingly, Defendants' opposition materials would be due **May 16, 2023**, and Plaintiffs' reply memorandum would be due on **May 23, 2023**.[1] CivLR 7.1(e)(2), (3).

---

[1] Defendants' joinder in this motion shall not be considered a general appearance or a waiver of any objection to jurisdiction or venue in this Court.

| | | |
|---|---|---|
| 1 | Dated: April 13, 2023 | BENBROOK LAW GROUP, PC |
| 2 | | |
| 3 | | By s/ Bradley A. Benbrook |
| | | BRADLEY A. BENBROOK |
| 4 | | Attorneys for Plaintiffs |
| 5 | Dated: April 13, 2023 | SHUTE, MIHALY & WEINBERGER LLP |
| 6 | | |
| 7 | | By s/ Matthew Dwight Zinn |
| | | MATTHEW DWIGHT ZINN |
| 8 | | Attorneys for Defendant |
| 9 | | COUNTY OF ALAMEDA |