UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 23cv400-LL-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**<br><br>[ECF No. 44] |

On March 14, 2023, the Court issued an Order to Show Cause which directed: (1) Plaintiffs to file a response to the Court's Order to Show Cause by March 28, 2023, (2) Defendants to file a response to Plaintiffs' response by April 11, 2023, and (3) Plaintiffs to file a reply to any of the Defendants' responses by April 18, 2023. ECF No. 18. On March 28, 2023, Plaintiffs filed a response to the Court's Order to Show Cause and filed a motion for preliminary injunction or, alternatively, summary judgment. ECF Nos. 19, 20. On April 11, 2023, Defendants filed multiple responses to Plaintiffs' response to the Court's Order

to Show Cause. ECF Nos. 30–43. On April 13, 2023, the parties filed a joint motion requesting an extension of time for Plaintiffs to reply to the Defendants' response to the Court's Order to Show Cause and an extension of time for the parties to respond and reply to Plaintiffs' motion for preliminary injunction or, alternatively, for summary judgment. ECF No. 44. Good cause appearing, the Court **GRANTS** the joint motion to extend the parties' deadlines to file any replies or responses to the various briefings.

Plaintiffs may file any replies to Defendants' responses in opposition to Plaintiffs' response to the Court's Order to Show Cause [ECF Nos. 30–43] on or before **April 25, 2023**.

Defendants may file any responses to Plaintiffs' motion for preliminary injunction or, alternatively, summary judgment [ECF No. 20] by **May 16, 2023**. Accordingly, Plaintiffs may file any replies to Defendants' responses to Plaintiffs' motion for preliminary injunction or, alternatively, summary judgment on or before **May 23, 2023**.

**IT IS SO ORDERED.**

Dated: April 14, 2023

Honorable Linda Lopez
United States District Judge