AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br>*Plaintiff*<br>v.<br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURE; COUNTY OF LOS ANGELES, CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br>*Defendant* | Case No. 23cv0400-LL-DDL |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF SAN DIEGO

Date: May 4, 2023

/s/ Matthew Zollman
*Attorney's signature*

Matthew Zollman CSBN 288966
*Printed name and bar number*

Office of the City Attorney
1200 Third Ave., Suite 1100
San Diego, CA 92101
*Address*

mzollman@sandiego.gov
*E-mail address*

(619)533-5800
*Telephone number*

(619)-533-5836
*FAX number*

