UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC, <br><br>          Plaintiffs, <br>     v. <br><br> CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES, CITY OF SAN JOSE; and COUNTY OF SANTA CLARA, <br><br>          Defendants. | Case No.  23cv0400-LL-AGS <br><br> **DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

**APPEARANCE OF COUNSEL**

I caused said documents listed above to be served electronically by CM/ECF to the following individuals:

| | |
|---|---|
| Bradley A. Benbrook, Esq. <br> Stephen M. Duvernay, Esq. <br> **BENBROOK LAW GROUP, PC** <br> 701 University Avenue, Suite 106 <br> Sacramento, CA 95825 <br> Tel: (916) 447-4900 <br> brad@benbrookfawgroup.com <br> steve@benbrooklawgroup.com | David H. Thompson, Esq. <br> Peter A. Patterson, Esq. <br> Joseph O. Masterman, Esq. <br> **COOPER & KIRK, PLLC** <br> 1523 New Hampshire Avenue, NW <br> Washington, D.C. 20036 <br> Tel: (202) 220-9600 <br> dthompson@cooperkirk.com |

| | |
|---|---|
| ***Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC*** | ppatterson@cooperkirk.com<br>jmasterman@cooperkirk.com<br><br>***Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC*** |
| John W. Dillon, Esq.<br>**DILLON LAW GROUP APC**<br>2647 Gateway Rd, Ste 105 No. 255<br>Carlsbad, CA 92009<br>Tel: (760) 642-7150<br>jdillon@dillonlawgp.com<br><br>***Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC*** | John Angelo Schena, III, Esq.<br>Dick A Semerdjian, Esq.<br>Chad M. Thurston, Esq.<br>**SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP**<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Tel: (619) 236-8821<br>Fax: (619) 236-8827<br>john@sscelaw.com<br>das@sscelaw.com<br>chad@sscelaw.com<br><br>***Attorneys for Defendant County of Imperial*** |

Executed on May 4, 2023, at San Diego, California.

*/s/ Maria Cook*
MARIA COOK