MATTHEW D. ZINN (State Bar No. 214587)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
zinn@smwlaw.com
rgallagher@smwlaw.com

Attorneys for Defendant
County of Alameda

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNT OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No. 3:23-cv-00400-LL-DDL<br><br>**PROOF OF SERVICE** |

Case No. 3:23-cv-00400-LL-DDL

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 396 Hayes Street, San Francisco, CA 94102.

On May 11, 2023, I served true copies of the following document(s) described as:

**EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF MATTHEW D. ZINN;**

**ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

on the parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Breckenridge@smwlaw.com, with return receipt requested, to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2023, at San Francisco, California.

/s/ Sara L. Breckenridge
Sara L. Breckenridge

# SERVICE LIST

| | |
|---|---|
| BENBROOK LAW GROUP, PC<br>BRADLEY A. BENBROOK<br>STEPHEN M. DUVERNAY<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com<br><br>JOHN W. DILLON<br>DILLON LAW GROUP APC<br>2647 Gateway Rd, Suite 105 No. 255<br>Carlsbad, CA 92009-1757<br>jdillon@dillonlawgp.com<br><br>COOPER & KIRK, PLLC<br>DAVID H. THOMPSON<br>PETER A. PATTERSON<br>JOSEPH O. MASTERMAN<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 220-9600<br>dthompson@cooperkirk.com | Attorneys for Plaintiffs California Gun Rights Foundation, Firearms Policy Coalition, Inc., and San Diego County Gun Owners PAC |
| JAMES R. WILLIAMS, County Counsel<br>ARYN PAIGE HARRIS, Deputy County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br>Email: aryn.harris@cco.sccgov.org | Attorneys for Defendant County of Santa Clara |
| Dick A. Semerdjian<br>John A. Schena<br>Chad M. Thurston<br>SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Telephone No. 619.236.8821<br>Facsimile No. 619.236.8827<br>das@sscelaw.com<br>john@sscelaw.com<br>chad@sscelaw.com | Attorneys for Defendant County of Imperial |

| | |
|---|---|
| Thomas C. Hurrell,<br>Natalie U. Luongo,<br>HURRELL CANTRALL LLP<br>725 S. Figueroa Street, Suite 3800<br>Los Angeles, California 90017<br>Telephone: (213) 426-2000<br>Facsimile: (213) 426-2020<br>thurrell@hurrellcantrall.com<br>nluongo@hurrellcantrall.com | Attorneys for Defendant County of Los Angeles |
| TIFFANY N. NORTH<br>County Counsel, County of Ventura<br>CHRISTINE RENSHAW<br>Assistant County Counsel<br>800 South Victoria Avenue, L/C #1830<br>Ventura, California 93009<br>Telephone: (805) 654-2588<br>Facsimile: (805) 654-2185<br>christine.renshaw@ventura.org | Attorneys for Defendant County of Ventura |
| MARA W. ELLIOTT, City Attorney<br>M. TRAVIS PHELPS, Assistant City Attorney<br>MATTHEW L. ZOLLMAN, Deputy City Attorney<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1100<br>San Diego, California 92101-4100<br>Telephone: (619) 533-5800<br>Facsimile: (619) 533-5856<br>MZollman@sandiego.gov | Attorneys for Defendant City of San Diego |