BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

JOHN W. DILLON
DILLON LAW GROUP APC
2647 Gateway Rd, Suite 105 No. 255
Carlsbad, CA 92009-1757
jdillon@dillonlawgp.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Admitted *pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-DDL<br><br>**DECLARATION OF STEPHEN M. DUVERNAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE OPPOSITION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF No. 48)** |

I, Stephen M. Duvernay, declare:

1. I am an attorney, licensed to practice law in the State of California, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. On Marh 28, 2023, Plaintiffs filed their response to the Court's March 14 Order to Show Cause (ECF No. 19) and a Motion for Preliminary Inunction or, Alternatively, Summary Judgment (ECF Nos. 20–20-9) (the "PI Motion"), which set a hearing date for May 2. Pursuant to the Civil Local Rule 7.1(e) and the Court's Civil Chambers Rules, Defendants' opposition to the PI Motion was due April 18. Under the Court's OSC order, Defendants' response was due April 11 and Plaintiffs' reply was due April 18.

3. On April 6, counsel for Defendant County of Alameda (on behalf of all Defendants) contacted Plaintiffs' counsel and requested that Defendants' opposition be deferred until two weeks after the Court ruled on the OSC. Plaintiffs' counsel responded that they would not agree to that schedule, but did agree to extend the briefing to three weeks after Plaintiffs filed their OSC reply. Defendants agreed to this timing.

4. On April 11, Defendants filed their responses to the OSC. The following day, I contacted counsel for Defendant County of Alameda to request a one-week extension on the OSC reply (to April 25) with Defendants' opposition to the PI Motion still due three weeks thereafter (on May 16), which would require moving the nominal hearing date on the PI Motion to May 30.

//

5. Defendants agreed to this proposal and the parties filed a joint motion to extend the deadlines (ECF No. 44), which was granted by the Court (ECF No. 45).

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

s/ Stephen M. Duvernay

Stephen M. Duvernay