AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Firearms Policy Coalition, Inc, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:23-cv-00400-LL-AGS |
| City of San Diego, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF SAN JOSE                                                                                                         .

Date:   05/25/2023

/s/Nana Knight
*Attorney's signature*

Nana Knight (266719)
*Printed name and bar number*

200 E. Santa Clara Street, 16th Floor
San Jose, CA 95113

*Address*

nana.knight@sanjoseca.gov
*E-mail address*

(408) 535-1900
*Telephone number*

(408) 535-998-3131
*FAX number*

# PROOF OF SERVICE

CASE NAME:   Firearms Policy Coalition, Inc. et al. v. City of San Diego, et al.

CASE NO.:    3:23-cv-00400-LL-AGS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On May 25, 2023, I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S APPEARANCE OF COUNSEL**

☒   by ELECTRONIC TRANSMISSION, with a copy of this declaration, to an electronic address listed below.

I further declare that the electronic transmission was sent on May 25, 2023, before 5:00 p.m., and that the City of San Jose, City Attorney's electronic address is CAO.Main@sanjoseca.gov.

The above-described transmission was reported as sent by a transmission report available for printing from the computer.

Addressed as follows:

| | |
|---|---|
| Bradley A. Benbrook<br>Stephen M. Duvernay<br>Benbrook Law Group, PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>Phone Number: (916) 447-4900<br>E-mail: brad@benbrookfawgroup.com<br>steve@benbrooklawgroup.com<br><br>**Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC** | John Angelo Schena, III<br>Dick A Semerdjian<br>Chad M. Thurston<br>Schwartz Semerdjian Cauley & Evans LLP<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Phone Number: (619) 236-8821<br>Fax Number: (619) 236-8827<br>john@sscelaw.com<br>das@sscelaw.com<br>chad@sscelaw.com<br><br>**Attorneys for Defendant County of Imperial** |
| David H. Thompson<br>Peter A. Patterson<br>Joseph O. Masterman<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Phone Number: (202) 220-9600<br>E-mail: dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>jmasterman@cooperkirk.com<br><br>**Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC** | James R. Williams<br>Aryn Paige Harris<br>Office of the County Counsel<br>70 West Hedding Street, East Wing, 9th Floor<br>San Jose, CA 95110<br>Phone Number: (408) 299-5900<br>Fax Number: (408) 292 7240<br>E-mail: aryn.harris@cco.sccgov.org<br><br>**Attorneys for Defendant County of Santa Clara** |

| | | |
|---|---|---|
| 1 | John W. Dillon<br>Dillon Law Group APC<br>2647 Gateway Road, Suite 105 No. 255<br>Carlsbad, CA 92009<br>Phone Number: (760) 642-7150<br>Jdillon@lawgp.com<br><br>**Attorneys for Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; San Diego County Gun Owners PAC** | Christine Renshaw<br>Office of County Counsel County of Ventura<br>800 South Victoria Avenue<br>Ventura, CA 93009<br>Phone Number: (805) 654-2588<br>Fax Number: (805) 654-2185<br>E-mail: Christine.renshaw@ventura.org<br><br>**Attorneys for Defendant County of Ventura** |
| 2 | Thomas C. Hurrell<br>Natalie U. Luongo<br>Hurrell Cantrall LLP<br>725 S. Figueroa Street, Suite 3800<br>Los Angeles, CA 90017<br>Phone Number: (213) 426-2000<br>Fax Number: (213) 426-2020<br>E-mail: thurrell@hurrellcantrall.com<br>nluongo@hurrellcantrall.com<br><br>**Attorney for Defendant County of Los Angeles** | Mara W. Elliott<br>M. Travis Phelps<br>Matthew L. Zollman<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1100<br>San Diego, CA 92101<br>Phone Number: (619) 533-5800<br>Fax Number: (619) 533-5856<br>E-mail: mzollman@sandiego.gov<br><br>**Attorney for Defendant City of San Diego** |
| 3 | Matthew D. Zinn<br>Ryan K. Gallagher<br>Shute, Mihaly & Weinberger LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Phone Number: (415) 552-7272<br>Fax Number: (415) 552-5816<br>E-mail: zinn@smwlaw.com<br>rgallagher@smwlaw.com<br><br>**Attorney for Defendant County of Alameda** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 25, 2023, at San Jose, California.

                                                 _/s/ Alanna Hayman_
                                                 Alanna Hayman