AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Firearms Policy Coalition, Inc., et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:23-cv-00400-LL-VET |
| City of San Diego, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

County of Los Angeles

Date:  12/20/23

*Attorney's signature*

Thomas C. Hurrell (SBN 119876)
*Printed name and bar number*
Hurrell Cantrall, LLP
725 South Figureoa, Ste 3800
Los Angeles, CA 90017

*Address*

thurrell@hurrellcantrall.com
*E-mail address*

(213) 426-2000
*Telephone number*

(312) 426-2020
*FAX number*