| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| 2 | BRADLEY A. BENBROOK (SBN 177786)<br>STEPHEN M. DUVERNAY (SBN 250957) |
| 3 | 701 University Avenue, Suite 106<br>Sacramento, CA 95825 |
| 4 | Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com |
| 5 | JOHN W. DILLON |
| 6 | DILLON LAW GROUP APC<br>2647 Gateway Rd, Suite 105 No. 255 |
| 7 | Carlsbad, CA 92009-1757<br>jdillon@dillonlawgp.com |
| 8 | COOPER & KIRK, PLLC |
| 9 | DAVID H. THOMPSON*<br>PETER A. PATTERSON* |
| 10 | JOSEPH O. MASTERMAN*<br>1523 New Hampshire Avenue, NW |
| 11 | Washington, D.C. 20036<br>Telephone: (202) 220-9600 |
| 12 | dthompson@cooperkirk.com |

*Admitted *pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-VET<br><br>**REPRESENTATION STATEMENT**<br><br>Fed. R. App. P. 12(b) |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs-Appellants hereby submit this Representation Statement identifying all parties to the action along with the following names, email addresses, office addresses, and telephone numbers of their respective counsel:

| | |
|---|---|
| Benbrook Law Group, Pc<br>Bradley A. Benbrook (Sbn 177786)<br>Stephen M. Duvernay (Sbn 250957)<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgroup.com<br><br>John W. Dillon<br>Dillon Law Group Apc<br>2647 Gateway Rd, Suite 105 No. 255<br>Carlsbad, CA 92009-1757<br>jdillon@dillonlawgp.com<br><br>Cooper & Kirk, Pllc<br>David H. Thompson*<br>Peter A. Patterson*<br>Joseph O. Masterman*<br>1523 New Hampshire Avenue, Nw<br>Washington, D.C. 20036<br>Telephone: (202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>jmasterman@cooperkirk.com | Counsel for Plaintiffs-Appellants Firearms Policy Coalition, Inc.; California Gun Rights Foundation; and San Diego County Gun Owners PAC |
| Matthew L. Zollman<br>Office of the San Diego City Attorney<br>1200 Third Avenue<br>Suite 1100<br>San Diego, CA 92101<br>619-533-5800<br>mzollman@sandiego.gov | Counsel for Defendant-Appellee City Of San Diego |
| Dick A Semerdjian<br>John Angelo Schena, III<br>Chad M. Thurston<br>Schwartz Semerdjian Cauley & Evans LLP<br>101 West Broadway<br>Suite 810<br>San Diego, CA 92101<br>619-236-8821<br>619-236-8827 (fax)<br>das@sscelaw.com<br>john@sscelaw.com<br>chad@sscelaw.com | Counsel for Defendant-Appellee County Of Imperial |

| | |
|---|---|
| Matthew D. Zinn<br>Shute, Mihaly & Weinberger LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>415-552-7272<br>415-552-5816 (fax)<br>zinn@smwlaw.com | Counsel for Defendant-Appellee County Of Alameda |
| Christine Renshaw<br>County Counsel Office County of Ventura<br>800 S. Victoria Ave. L/S No. 1830<br>Ventura, CA 93003<br>805-654-2588<br>christine.renshaw@ventura.org | Counsel for Defendant-Appellee County Of Ventura |
| Thomas C. Hurrell<br>Hurrell Cantrall, LLP<br>725 South Figueroa Street<br>Suite 3800<br>Los Angeles, CA 90017<br>213-426-2000<br>213-426-2020 (fax)<br>Thurrell@hurrellcantrall.com | Counsel for Defendant-Appellee County Of Los Angeles |
| Nana Knight<br>San Jose City Attorney's Office<br>200 Santa Clara Street<br>16th Floor<br>San Jose, CA 95113<br>310-990-3472<br>nana.knight@sanjoseca.gov | Counsel for Defendant-Appellee City Of San Jose |
| Aryn Paige Harris<br>Santa Clara County Counsel<br>70 W. Hedding Street<br>9th Floor, East Wing<br>San Jose, CA 95110<br>408-299-5900<br>408-292-7240 (fax)<br>aryn.harris@cco.sccgov.org | Counsel for Defendant-Appellee County Of Santa Clara |

Dated:  January 25, 2024            BENBROOK LAW GROUP, PC

                                    By s/ Bradley A. Benbrook
                                      BRADLEY A. BENBROOK
                                      Attorneys for Plaintiffs