

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:      24-472
Originating Case Number:      3:23-cv-00400-LL-VET

Case Title:      Firearms Policy Coalition, Inc., et al. v. City of San Diego, et al.

**Monday, February 5, 2024**

| | |
|---|---|
| Firearms Policy Coalition, Inc. | Mediation Questionnaire due |
| California Gun Rights Foundation | Mediation Questionnaire due |
| San Diego County Gun Owners PAC | Mediation Questionnaire due |

**Monday, March 11, 2024**

| | |
|---|---|
| Firearms Policy Coalition, Inc. | Appeal Opening Brief (No Transcript Due) |
| California Gun Rights Foundation | Appeal Opening Brief (No Transcript Due) |
| San Diego County Gun Owners PAC | Appeal Opening Brief (No Transcript Due) |

**Wednesday, April 10, 2024**

| | |
|---|---|
| City of San Diego | Appeal Answering Brief (No Transcript Due) |
| Imperial County | Appeal Answering Brief (No Transcript Due) |
| Alameda County | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| County of Ventura | Appeal Answering Brief (No Transcript Due) |
| County of Los Angeles | Appeal Answering Brief (No Transcript Due) |
| City of San Jose | Appeal Answering Brief (No Transcript Due) |
| County of Santa Clara | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**