BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

JOHN W. DILLON
DILLON LAW GROUP APC
2647 Gateway Rd, Suite 105 No. 255
Carlsbad, CA 92009-1757
jdillon@dillonlawgp.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Admitted *pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA,<br><br>Defendants. | Case No.: 3:23-cv-00400-LL-VET<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN INJUNCTION PENDING APPEAL**<br><br>Date: March 8, 2024<br>Courtroom 5D (5th Floor)<br>Hon. Linda Lopez<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

1 | To all parties and their attorneys of record:

2 |     Please take notice that on March 8, 2024, or as soon thereafter as the matter may be heard, before the Honorable Linda Lopez, Courtroom 5D, United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; and San Diego County Gun Owners PAC will and hereby do move the Court for an injunction pending appeal.

    Plaintiffs make this motion pursuant to Federal Rule of Civil Procedure 62(c) on the following grounds (1) Plaintiffs are likely to succeed on the merits of their underlying claims that California Code of Civil Procedure § 1021.11 ("Section 1021.11") is unconstitutional, as well as on the merits of their appeal of the Court's order dismissing the case for lack of standing; (2) Plaintiffs have been and will continue to be irreparably injured by the deprivation of their constitutional rights absent an injunction while the appeal is pending; and (3) the balance of harms favors entering an injunction.

    Plaintiffs respectfully request that the Court enter an injunction pending appeal enjoining Defendants from enforcing or applying the fee-shifting penalty set forth in California Code of Civil Procedure section 1021.11 against Plaintiffs, Plaintiffs' members, and any attorney or law firm representing any Plaintiff in any litigation involving Defendants potentially subject to Section 1021.11's fee-shifting penalty.

    This motion is made following the conference of counsel that Plaintiffs' counsel initiated on January 25, 2024. Specifically, Plaintiffs' counsel informed Defendants' counsel of the substance of this motion and sought an informal resolution that would obviate the need for the relief requested herein. The parties were unable to reach a resolution that eliminated the need to file this motion. *See* Benbrook Decl. ISO Mot. for Injunction Pending Appeal, ¶¶ 7–8 & Ex. 3.

    This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support; the declarations and evidence filed

1 concurrently herewith; the matters on file with this Court; and upon any further matters the Court deems appropriate.

Dated: February 2, 2024

BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs