| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 9 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FIREARMS POLICY COALITION, INC., et al.;

        Plaintiffs - Appellants,

 v.

CITY OF SAN DIEGO, et al.;

        Defendants - Appellees.

No. 24-472

D.C. No. 3:23-cv-00400-LL-VET
Southern District of California, San Diego

ORDER

Before: FRIEDLAND, VANDYKE, and MENDOZA, Circuit Judges.

    The motion for injunctive relief (Docket Entry No. 14) is granted. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court). Appellees are enjoined from enforcing California Code of Civil Procedure § 1021.11 during the pendency of this appeal.

    Because we grant the motion for injunctive relief, appellants' request to expedite the appeal is denied as unnecessary.

    The existing briefing schedule remains in effect.